### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LATASHA BAILEY,** *individually and on behalf of all others similarly situated***,** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **VELOCITY INVESTMENTS LLC, et al.,** *Defendants***.** | : : | **NO. 20-cv-03768** |

### O R D E R

**AND NOW,** this 8th day of October 2020, it having been reported (ECF No. 4) that Plaintiff and Defendants have reached a settlement of Plaintiff's individual claims, it is hereby **ORDERED** that Plaintiff's individual claims are dismissed with prejudice, and the putative class's claims are dismissed without prejudice.

It is further **ORDERED** that the Court shall retain jurisdiction over the matter for 90 days and the above action is **DISMISSED** as set forth above.

The Clerk of Court is directed to close the above-captioned matter.

                                                **BY THE COURT:**

                                                **/s/ Chad F. Kenney**
                                                _____
                                                **CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)